## Brooks *vs*. Patterson.

THE defendant pleaded in abatement his privilege as an attorney of the Court; the plaintiff replied, " That on the day of exhibiting the bill and for a long time before, to wit, for the fpace of one whole year, the defendant had entirely ceafed to practice as an attorney of this Court, and had wholly abandoned the profeffion, bufinefs, practice and calling of an attorney of this Court," &c. demurrer and joinder in demurrer.

The Court held the replication fufficient to *ouft* the defendant.